■ The People of the State of New York, Respondent, v Angel M. Rodriguez, Appellant. [915 NYS2d 512]—An appeal hav-

ing been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Robert Seewald, J.), rendered on or about November 24, 2008,

And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon,

It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Saxe, J.P., Friedman, Catterson, Acosta and Richter, JJ.